UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN LEROY SPENCER,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY VIRGA, et al.,<br><br>    Defendants. | No. 2:16-cv-886-JAM-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests yet another extension of time to file objections to the May 3, 2018 findings and recommendations, and to also file an amended complaint in accordance with the May 3, 2018 order.

Plaintiff's request (ECF No. 42) is granted and plaintiff has 30 days from the date this order is served to file his objections and an amended complaint. Failure to file an amended complaint may result in a recommendation that this action be dismissed.

So ordered.

Dated: August 15, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE