UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN LEROY SPENCER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY VIRGA, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0886-JAM-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests a sixty-day extension of time to file his objections to the September 26, 2018 findings and recommendations. Plaintiff's request will be granted. The court notes, however, that filing objections does not require extensive legal research and absent good cause, the court is not inclined to grant additional requests for extensions of time.

Accordingly, plaintiff's request (ECF No. 45) is granted and plaintiff has 60 days from the date this order is served to file his objections.

So ordered.

Dated: October 23, 2018.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE