UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN LEROY SPENCER, | No. 2:16-cv-886-JAM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| TIMOTHY VIRGA, et al., | |
| Defendants. | |

    This civil rights action was closed on April 17, 2019 and judgment was duly entered. ECF Nos. 55, 56. On March 8, 2021, plaintiff filed a letter stating that he "is not able to present his case in court [and] will need to continue his case after he is released from prison!" ECF No. 57. The court takes no action on plaintiff's filing as this case is closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure. The Clerk of the Court shall terminate ECF No. 57.

    So ordered.

Dated: March 16, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE